UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| SHAWN WILLIAMS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERRA GROUP, LLC, *et al.*,<br><br>Defendants. | No.: 1:20-cv-04220-SAL |

**JOINT MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs and Centerra Group, LLC, the Benefit Plan Committee of the Centerra Group, LLC, the Investment Committee of the Centerra Group, LLC, Paul Donahue, and Marcia Aldrich (collectively the "Centerra Defendants"), Aon Hewitt Investment Consulting, Inc. (n/k/a Aon Investments USA, Inc.) ("Aon"), and Deborah F. Ricci ("Ricci") (the "Settling Parties") respectfully move under Federal Rule of Civil Procedure 23(e) for final approval of the class action settlement and for the Court to enter the proposed Final Order and Judgment.

This motion is supported by Plaintiffs' Memorandum in Support of Joint Motion for Preliminary Approval of Class Action Settlement (Dkt. 259); Plaintiffs' Memorandum in Support of their Motion for Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Compensation (Dkt. 264); the Declaration of Analytics Consulting LLC (Exhibit 1 to the accompanying memorandum); the Statement of Gallagher Fiduciary Advisors, LLC, serving as the Independent Fiduciary, approving of the settlement (Exhibit 2 to the accompanying memorandum); this Court's order preliminarily approving this settlement (Dkt. 261); and Plaintiffs' accompanying memorandum in support of this motion.

1

Dated: June 17, 2024								Respectfully Submitted,

/s/ James Lynn Werner
PARKER POE ADAMS & BERNSTEIN
James Lynn Werner, Fed. Bar No. 1079
1221 Main Street, Suite 1100
Columbia, SC 29201
Tel: 803-253-8913
jimwerner@parkerpoe.com

O'MELVENY & MYERS LLP
Brian D. Boyle (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
1625 Eye Street, N.W.
Washington, DC 20006-4001
Tel: (202) 383–5300
bboyle@omm.com
sbarrett@omm.com

Stuart Sarnoff (*pro hac vice*)
William D. Pollak (*pro hac vice*)
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
ssarnoff@omm.com
wpollak@omm.com

*Counsel for Defendant Aon Hewitt Investment Consulting Inc. (n/k/a Aon Investments USA, Inc.)*

/s/ Beth Burke Richardson
ROBINSON GRAY STEPP & LAFFITTE, LLC
Beth Burke Richardson, Fed. I.D. No. 9335
1310 Gadsden Street
Columbia, SC 29211
Tel: (803) 929-1400
brichardson@robinsongray.com

SCHLICHTER BOGARD LLP
Troy A. Doles (admitted *Pro Hac Vice*)
Heather Lea (admitted *Pro Hac Vice*)
Sean E. Soyars (admitted *Pro Hac Vice*)
Kurt C. Struckhoff (admitted *Pro Hac Vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
Tel: (314) 621-6115
tdoles@uselaws.com
hlea@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com

*Counsel for Plaintiffs*


 /s/ René E. Thorne
JACKSON LEWIS P.C.
T. Chase Samples (Fed. Bar No. 10824)
Chase.Samples@jacksonlewis.com

René E. Thorne (admitted *Pro Hac Vice*)
Charles F. Seemann III (admitted *Pro Hac Vice*)
Adam R. Carlisle (admitted *Pro Hac Vice*)
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel: (504) 208-1755
Rene.Thorne@jacksonlewis.com
Charles.Seemann@jacksonlewis.com
Adam.Carlisle@jacksonlewis.com

*Counsel for the Centerra Defendants*

 /s/ Jennifer E. Johnsen
John T. Lay, Jr. (Fed. Bar No. 5539)
Jennifer E. Johnsen (Fed. Bar No. 5427)
GALLIVAN WHITE AND BOYD
PO Box 7368
1201 Main Street, Suite 1200
Columbia, SC 29202
Tel: (803) 779-1833
jlay@GWBlawfirm.com
jjohnsen@GWBlawfirm.com

Aviva Grumet-Morris (admitted *Pro Hac Vice*)
Heather Lehman Kriz (admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: 312-558-5600
Fax: 312-558-5700
AgMorris@winston.com
hkriz@winston.com

*Counsel for Defendant Deborah Ricci*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 17, 2024.

/s/ Beth Burke Richardson
Beth Burke Richardson

4