AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

Shawn Williams; David Green; Jamie Coomes;
Malcum Kenner; and Andrew Barrett, *individually
and as representatives of a class of participants and
beneficiaries on behalf of the Centerra Group, LLC
401(k) Plan (nka the Constellis 401(k) Plan)*,

*Plaintiffs,*

v.

Centerra Group, LLC; The Benefit Plan Committee
of the Centerra Investment Group, LLC; The
Investment Committee of the Centerra Group, LLC;
AON Hewitt Investment Consulting, Inc. (nka Aon
Investments USA, Inc.); Paul P. Donahue; Deborah
F. Ricci; Marcia Aldrich; and John Does 1–10;

*Defendants.*

Civil Action No.    1:20-cv-04220-SAL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

■ the plaintiffs, Shawn Williams; David Green; Jamie Coomes; Malcum Kenner; and Andrew Barrett, *individually
and as representatives of a class of participants and beneficiaries on behalf of the Centerra Group, LLC 401(k)
Plan (aka the Constellis 401(k) Plan)*, take nothing of the defendants, Centerra Group, LLC; The Benefit Plan
Committee of the Centerra Group, LLC; The Investment Committee of the Centerra Group, LLC, Paul P.
Donahue; Deborah F. Ricci; and Marcia Aldrich, as to the loyalty claim in count one, the loyalty claim in count two,
and count three to the extent it is premised on Centerra Group, LLC; The Benefit Plan Committee of the Centerra
Group, LLC; The Investment Committee of the Centerra Group, LLC, Paul P. Donahue; Deborah F. Ricci; and
Marcia Aldrich causing the plan to invest in the Aon Trusts, and this action is dismissed as to those defendants as it
relates to those portions of those claims.

■ the plaintiffs, Shawn Williams; David Green; Jamie Coomes; Malcum Kenner; and Andrew Barrett, *individually
and as representatives of a class of participants and beneficiaries on behalf of the Centerra Group, LLC 401(k)
Plan (aka the Constellis 401(k) Plan)*, take nothing of the defendant, AON Hewitt Investment Consulting, Inc. (nka
Aon Investments USA, Inc.), as to count three to the extent it is premised on AON Hewitt Investment Consulting, Inc.
(nka Aon Investments USA, Inc.) causing the plan to invest in the Aon Trusts, and this action is dismissed as to that
defendant as it relates to that portion of that claim.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.


❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding.  The Court having heard and granted in part, the defendants' motions to dismiss.


Date:          September 17, 2024          *ROBIN L. BLUME, CLERK OF COURT*

                                          s/ A. D. Hilley
                                          _____
                                          *Signature of Clerk or Deputy Clerk*